**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JEREMIAH J. CROOK,** | ) |
| | ) |
|         **Petitioner,** | ) |
| | ) |
|    vs. | )   No. 4:02CV855-DJS |
| | ) |
| **JIM MOORE,** | ) |
| | ) |
|         **Respondent.** | ) |

<u>**ORDER**</u>

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

**IT IS FURTHER ORDERED** that Jim Moore, Superintendent of Northeast Correctional Center, be substituted for Larry Rowley as proper party respondent.

Dated this   24th   day of May, 2005.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE